IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

NO. 3:18-MC-12

APPLICATION FOR EXEMPTION
FROM THE ELECTRONIC PUBLIC
ACCESS FEES BY ERIN CARNEY

### ORDER GRANTING LIMITED EXEMPTION

Erin Carney seeks an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts to obtain case information from the Public Access to Court Electronic Records ("PACER") service. Carney represents that she is an undergraduate honors student at the University of Connecticut currently working on her honors thesis; her thesis involves researching gender bias and disparities in federal court sentencing as to the charge of conspiracy to distribute and possession with intent to distribute schedule II drugs, specifically cases with dispositions between 2020-2023; her research will focus on cases from twelve states, including Mississippi, to identify two cases from each such state—one male offender case and one female offender case with similar criminal histories; and her thesis will be submitted only to the political science and honors department at the University of Connecticut and not be redistributed on the internet or for commercial purposes.

Because the Court concludes that Carney, an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption and that Carney has demonstrated an exemption is necessary to avoid unreasonable burdens and to promote public access to information, Carney shall be exempt from the payment of fees for access through PACER to the electronic case files maintained in this Court but only to the extent such use is incurred in the course of conducting the research described

above.[1] Carney shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. Accordingly, the following limitations apply:

1. This fee exemption applies only to Erin Carney, PACER Account #7654705, and is valid only for the purposes stated above;

2. This fee exemption applies only to the electronic case files of this Court available through the PACER system;

3. By accepting this exemption, Carney agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. Carney is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution through internet-based databases; and

5. This exemption is valid from the date of this order through May 5, 2024. This exemption may be revoked at the discretion of the Court at any time. A copy of this order shall be sent to the PACER Service Center.

**SO ORDERED**, this 18th day of December, 2023.

/s/Debra M. Brown
**CHIEF DISTRICT JUDGE**

---

[1] Carney shall not have access to any documents filed with restricted access or under seal.