IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

APPLICATION FOR EXEMPTION
FROM THE ELECTRONIC PUBLIC
ACCESS FEES BY HERBRINA
SANDERS

NO. 3:18-MC-12

## ORDER DENYING LIMITED EXEMPTION

Herbrina Sanders seeks an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts to obtain case information from the Public Access to Court Electronic Records ("PACER") service. According to her exemption request, Sanders is an adjunct professor at Emory University School of Law who is teaching a Human Sex Trafficking class in the fall of 2023 and trying to provide her students "with real-life examples of prosecutions to use in class." Because Sanders requests an exemption through and until November 30, 2023—which date now has passed—the request is denied as moot. Should Sanders teach the sex trafficking class in the future and desire an exemption for the same purpose, she may reapply for the fee exemption.

**SO ORDERED**, this 18th day of December, 2023.

/s/Debra M. Brown
**CHIEF DISTRICT JUDGE**