IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

APPLICATION FOR EXEMPTION
FROM THE ELECTRONIC PUBLIC
ACCESS FEES BY JOHN P. BENSON

NO. 3:18-MC-12

## ORDER GRANTING LIMITED EXEMPTION

John P. Benson seeks an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts to obtain case information from the Public Access to Court Electronic Records ("PACER") service. Benson is a graduate student at the University of St. Andrews conducting research on right-wing extremist terrorism in the United States between January 1, 2020, and December 31, 2023, and seeks to access no more than 800 files related to criminal domestic terrorism cases (mostly Title 18 crimes) during such time period, specifically, dockets, charging documents, convictions, and sentencing documents. Benson does not seek records related to the January 6 Capitol event.

Because the Court concludes that Benson, an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption and that Benson has demonstrated an exemption is necessary to avoid unreasonable burdens and to promote public access to information, Benson shall be exempt from the payment of fees for access through PACER to the electronic case files maintained in this Court but only to the extent such use is incurred in the course of conducting the research described above.[1] Benson shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. Accordingly, the following limitations apply:

---

[1] Benson shall not have access to any documents filed under seal or with restricted access.

1. This fee exemption applies only to John P. Benson, PACER Account #7860487, and is valid only for the purposes stated above.

2. This fee exemption applies only to the electronic case files of this Court available through the PACER system.

3. By accepting this exemption, Benson agrees not to sell for profit any data obtained as a result of receiving this exemption.

4. Benson is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution through internet-based databases; and

5. This exemption is valid from the date of this order through April 15, 2024. This exemption may be revoked at the discretion of the Court at any time. A copy of this order shall be sent to the PACER Service Center.

**SO ORDERED**, this 22nd day of February, 2024.

/s/Debra M. Brown
**CHIEF DISTRICT JUDGE**