IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

NO. 3:18-MC-12

APPLICATION FOR EXEMPTION
FROM THE ELECTRONIC PUBLIC
ACCESS FEES BY ALEXANDER VIETS

## ORDER GRANTING LIMITED EXEMPTION

Alexander Viets seeks an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts to obtain case information from the Public Access to Court Electronic Records ("PACER") service. Viets represents that he is a researcher associated with the University of Cambridge who is researching the impact of patent litigation cases on the performance outcomes of U.S. companies and seeks to review 96,684 cases, including cases in the Northern District of Mississippi.

Because the Court concludes that Viets, an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption and that Viets has demonstrated an exemption is necessary to avoid unreasonable burdens and to promote public access to information, Viets shall be exempt from the payment of fees for access through PACER to the electronic case files maintained in this Court but only to the extent such use is incurred in the course of conducting the research described above.[1] Viets shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. Accordingly, the following limitations apply:

1. This fee exemption applies only to Alexander Viets, PACER Account #8034829, and is valid only for the purposes stated above.

---

[1] Viets shall not have access to any documents filed under seal or with restricted access.

2. This fee exemption applies only to the electronic case files of this Court available through the PACER system.

3. By accepting this exemption, Viets agrees not to sell for profit any data obtained as a result of receiving this exemption.

4. Viets is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution through internet-based databases; and

5. This exemption is valid from the date of this order through September 30, 2024. This exemption may be revoked at the discretion of the Court at any time. A copy of this order shall be sent to the PACER Service Center.

**SO ORDERED**, this 9th day of July, 2024.

/s/Debra M. Brown
**CHIEF DISTRICT JUDGE**