# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

APPLICATION FOR EXEMPTION
FROM THE ELECTRONIC PUBLIC
ACCESS FEES BY ALEXANDER ZENTEFIS

NO. 3:18-MC-12

## ORDER EXTENDING EXEMPTION

On August 7, 2023, this Court granted Alexander Zentefis an exemption valid through July 27, 2024, from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts to obtain case information from the Public Access to Court Electronic Records ("PACER") service. Doc. #65. Zentefis now seeks an extension of that exemption through August 8, 2025. Zentefis, an assistant professor at Yale University,[1] is studying the linguistic patterns used in federal criminal sentencing, and in furtherance of such study, needs to access 230 additional cases from the Northern District of Mississippi.

Because the Court concludes that Zentefis, an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption and that Zentefis has demonstrated that an extension of his exemption is necessary to avoid unreasonable burdens and to promote public access to information, Zentefis' exemption from the payment of fees for access through PACER to the electronic case files maintained in this Court shall be extended but only to the extent such use is incurred in the course of conducting the research described above. Zentefis shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. Accordingly, these limitations apply:

---

[1] The Court was advised that Zentefis will be affiliated with Stanford University at the end of the academic year.

1. This fee exemption extension applies only to Zentefis, PACER Account #7548092, and is valid only for the purposes stated above;

2. This fee exemption extension applies only to the electronic case files of this Court available through the PACER system;[2]

3. By accepting this exemption extension, Zentefis agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. Zentefis is prohibited from transferring any data obtained as a result of receiving this exemption extension, including redistribution through internet-based databases; and

5. This exemption extension is valid through August 8, 2025. This exemption may be revoked at the discretion of the Court at any time. A copy of this order shall be sent to the PACER Service Center.

**SO ORDERED**, this 21st day of August, 2024.

/s/Debra M. Brown
**CHIEF DISTRICT JUDGE**

---

[2] Zentefis shall not be provided access to any documents filed with restricted access or under seal.