**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**NO. 3:18-MC-12**

**APPLICATION FOR EXEMPTION**
**FROM ELECTRONIC PUBLIC ACCESS**
**FEES BY ETHAN BOLDT**

**ORDER GRANTING LIMITED EXEMPTION**

Ethan Boldt seeks an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts to obtain case information from the Public Access to Court Electronic Records ("PACER") service. Boldt represents that he is an assistant professor of political science at the University of Massachusetts Boston and that he, with collaborators, is conducting research regarding the "choice to communicate" and publicize criminal cases and sentences by United States Attorneys' offices in all ninety-four district courts—by using press releases from such offices to link to individual case records and analyze the types of cases and sentences highlighted—and expects to see a variation over time in the areas of prosecution and messaging to conform to Department of Justice priorities. Boldt and his collaborators have identified a sentenced population of 1,514 from the Northern District of Mississippi, 184 of which they estimate have associated press releases (approximately 12.15% of the sentenced population they intend to research).

Because the Court concludes that Boldt, an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption and that Boldt demonstrates an exemption is necessary to avoid unreasonable burdens and to promote public access to information, Boldt shall be exempt from the payment of fees for access through PACER to the electronic case files maintained in this Court but only to the

extent such use is incurred in the course of conducting the research described above. Boldt shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. Accordingly, the following limitations apply:

1. This fee exemption applies only to Ethan Boldt, PACER account number 5217557, and is valid only for the purposes stated above.[1]

2. This fee exemption applies only to the electronic case files of this Court available through the PACER system.[2]

3. By accepting this exemption, Boldt agrees not to sell for profit any data obtained as a result of receiving this exemption.

4. Boldt is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution through internet-based databases.

5. This exemption is valid through May 8, 2027, and may be revoked at the discretion of the Court at any time. A copy of this order shall be sent to the PACER Service Center.

**SO ORDERED**, this 18th day of August, 2026.

**/s/Debra M. Brown**
**CHIEF DISTRICT JUDGE**

[1] This Court previously granted Boldt an exemption on February 15, 2023, for research regarding the dismissal or acquittal of federal criminal charges disposed of between 2015 and 2022.

[2] Boldt shall not be permitted access to any documents filed under seal or with restricted access.