**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**NO. 3:18-MC-12**

**APPLICATION FOR EXEMPTION**
**FROM ELECTRONIC PUBLIC ACCESS**
**FEES BY CONRAD MILLER**

**ORDER GRANTING LIMITED EXEMPTION**

Conrad Miller seeks an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts to obtain case information from the Public Access to Court Electronic Records ("PACER") service. Miller represents that he is an Associate Professor of Economics at the University of California, Berkeley, conducting research regarding employment discrimination cases brought under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, and the Americans with Disability Act and filed between 2004 and 2024 in select district courts, and estimates he will review 150,000 such cases. Based on the list of cases Miller submitted, he plans to review approximately 1,502 cases from the Northern District of Mississippi.

Because the Court concludes that Miller, an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption and that Miller demonstrates an exemption is necessary to avoid unreasonable burdens and to promote public access to information, Miller shall be exempt from the payment of fees for access through PACER to the electronic case files maintained in this Court but only to the extent such use is incurred in the course of conducting the research described above. Miller shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. Accordingly, the following limitations apply:

1. This fee exemption applies only to Conrad Miller, PACER account number 8677107, and is valid only for the purposes stated above.

2. This fee exemption applies only to the electronic case files of this Court available through the PACER system.[1]

3. By accepting this exemption, Miller agrees not to sell for profit any data obtained as a result of receiving this exemption.

4. Miller is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution through internet-based databases.

5. This exemption is valid for one year from the date of this order, and may be revoked at the discretion of the Court at any time. A copy of this order shall be sent to the PACER Service Center.

**SO ORDERED**, this 16th day of October, 2026.

**/s/Debra M. Brown**
**CHIEF DISTRICT JUDGE**

[1] Miller shall not be permitted access to any documents filed under seal or with restricted access.